AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Bruno Lisandro Pastrano Lopez<br><br>*Defendant(s)* | Case No.  2:25-mj-00132 |

**FILED** JUL 17 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 10, 2024__ in the county of __Kanawha__ in the
__Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(b)(2) | Fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

On or about December 10, 2024, at or near Dunbar, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant BRUNO LISANDRO PASTRANO LOPEZ used an identification document, that is, a false social security account number card, knowing (or having reason to know) that the document was false, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.
In violation of Title 18, United States Code, Section 1546(b)(2).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew C. Hayden, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  07/17/2025

_____
*Judge's signature*

City and state:  Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*